■ Melanie Kallos, Appellant, v. State of New York, Respondent.— Motion for an extension of time within which to perfect appeal. Motion granted and time is extended to October 31, 1960. Motion for assignment of counsel denied.

■ In the Matter of the Claim of Orazio Perrotta, Respondent, v. Luigi Sette et al., Appellants. Excel Contracting Corp. et al., Respondents. Workmen's Compensation Board, Respondent.— Motion to dismiss appeal granted, without costs, unless appellants perfect appeal, file note of issue, and file and serve record and brief on or before December 10, 1960 and are ready for argument at the January 1961 Term of this court, in which event the motion is denied. Appellants should settle the record in accordance with the practice and may review by appeal the board's decision of settlement. If additional material is added to the record it may be filed in printed or mimeographed form as an addendum to the record now on file.

■ In the Matter of the Claim of Jack Kabot, Appellant, v. M. Gollomp & Sons et al., Respondents. Workmen's Compensation Board, Respondent.— Motion to dismiss appeal denied, without costs, and without prejudice.

■ In the Matter of the Claim of Laurie Laine, Respondent, v. Sutherland Press, Inc. et al., Appellants, Respondents. Workmen's Compensation Board, Respondent.— Motion to rescind the order of this court, entered July 14, 1960. Order modified by extending appellants' time to perfect appeal, file note of issue and file and serve record and brief to October 10, 1960, and to be ready for argument at the Term of this court commencing October 31, 1960.

■ In the Matter of Rose Rosen, as Administratrix of the Estate of Abe Rosen, Deceased, v. State of New York.— Motion for leave to prosecute appeal as a poor person granted. The appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Irving Like, Esq., of 60 Fire Island Avenue, Babylon, N. Y., is hereby assigned as counsel for appellant.

■ The People of the State of New York, Respondent, v. Allen Willard Brown, Appellant.— Motion for leave to prosecute appeal as a poor person granted. The appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Motion for assignment of counsel granted and Andrew W. Ryan, Jr., Esq., Plattsburgh, N. Y., is assigned as counsel for appellant on this appeal.

■ The People of the State of New York ex rel. Edwin Pearson, Appellant, v. J. Edwin La Vallee, as Warden of Clinton Prison, Respondent.— Motions for leave to prosecute appeals from an order entered in Clinton County Clerk's office on June 13, 1960, and from an order entered in Clinton County Clerk's office on July 7, 1960, as a poor person. Motions granted and the appeals may be prosecuted upon one typewritten copy of the record and five typewritten copies of the brief.

■ The People of the State of New York, Respondent, v. Donald Baker, Appellant.— Application by appellant to be furnished with a free transcript of the trial minutes. Application denied.

■ In the Matter of Schenectady Union Publishing Co., Appellant. Martin P. Catherwood, as Industrial Commissioner, Respondent.— Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files note of issue, and files and serves record and brief on or before December 10, 1960 and is ready for argument at the January 1961 Term of this court, in which event the motion is denied.

■ The People of the State of New York, Respondent, v. Katherine Jane Harrig, Appellant.— Appeal withdrawn and dismissed upon the stipulation of the appellant, her attorney and the District Attorney. Motions made prior to filing of such stipulation are dismissed, as moot.